NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN JEROME PARKER, SR.,          )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No.  2D17-2895
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____)

Opinion filed September 27, 2019.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Howard L. Dimmig, II, Public
Defender, and Tosha Cohen,
Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S.
Tannen, Assistant Attorney
General, Tampa, for Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.